

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-20-00599-CV

In the Matter of the Marriage of Carlos Y. **BENAVIDES,** Jr. and Leticia R. Benavides,
Appellant

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's motion for leave to exceed word limits is **GRANTED**. The word count limit is 18,500.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court